UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CORLISS CONDOMINIUM OWNERS ASSOCIATION,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL SURETY CORPORATION, et al.,<br><br>　　　　　　　Defendants. | C21-200 TSZ<br><br>MINUTE ORDER |

　　　The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

　　　(1)　The Court finds this case is appropriate for mediation under Local Civil Rule 39.1(c). The parties are directed to conduct mediation upon completion of discovery as hereinafter provided.

　　　It is ORDERED that the parties exchange written demands for settlement and that counsel meet and discuss settlement pursuant to Local Civil Rule 39.1(c)(2) no later than **March 11, 2022**.

　　　It is ORDERED that the mediator be selected by the cutoff date for completion of discovery. The parties are advised that the Court's home page at www.wawd.uscourts.gov contains a roster of approved mediators and their profiles. This information is also available for viewing in Seattle and Tacoma at the intake counter of the Clerk's Office. Counsel are directed to file with the Court the name of the mediator as soon as one is selected. The mediation will be conducted at such time or times as set by the mediator. Mediation shall be completed no later than **April 8, 2022**, and a letter of compliance shall be filed with the Court no later than **April 15, 2022**. The parties are strongly encouraged to mediate prior to completion of discovery.

MINUTE ORDER - 1

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 21st day of April, 2021.

                                          William M. McCool
                                          Clerk

                                          s/Gail Glass
                                          Deputy Clerk

MINUTE ORDER - 2