UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CORLISS CONDOMINIUM
OWNERS ASSOCIATION,

           Plaintiff,

   v.

NATIONAL SURETY
CORPORATION, et al.,

           Defendants.

C21-200 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Defendants' motion to reset trial date and related deadlines, docket no. 21, is GRANTED in part. The trial date of June 13, 2022, and related dates and deadlines are STRICKEN. The Court will issue an amended scheduling order.

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 22nd day of March, 2022.

                                                  Ravi Subramanian
                                                  Clerk

                                                  s/Gail Glass
                                                  Deputy Clerk

MINUTE ORDER - 1